THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest of Javon O., a juvenile under the age of
 seventeen, Appellant.
 
 
 

Appeal From Allendale County
 Peter R. Nuessle, Family Court Judge
 Jane D. Fender, Family Court Judge

Unpublished Opinion No. 2009-UP-050
 Submitted January 2, 2009 - Filed January
15, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor I. McDuffie Stone,
 III, of Beaufort, for Respondent.
 
 
 

PER CURIAM: 
 Javon O. appeals his indeterminate sentence not to exceed his twenty-first
 birthday for second-degree arson relating to an October 2005 burning of the Allendale County trailer office of the Department of Juvenile Justice.  He maintains the
 family court judge erred in failing to enter a directed a verdict due to
 insufficient evidence.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
grant counsels motion to be relieved.[1] 
APPEAL
DISMISSED.
Huff, Thomas,
and Lockemy, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.